US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 11/9/16

TIME SPENT: _____

DOCKET NO. 15 CV 7144

CASE: Baptiste v SCO Family

____ INITIAL CONFERENCE                  ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE                ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE               ____ TELEPHONE CONFERENCE
✓ MOTION HEARING                         ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                           ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

**RULINGS:**

Fairness hearing held
Decision to issue